STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

TREVOR A. BROWN          6539
ZACHARY N. GERSHUNI      8693
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100
E-Mail: zgershuni@starnlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2009

at ___ o'clock and ___ min, ___ M.
SUE BEITIA, CLERK

Attorneys for Defendants NATURA PET
PRODUCTS, INC. and PETER ATKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JUDY KO, individually and on behalf of all other persons similarly situated and on behalf of the general public, | CIVIL NO. _____ CV09-00190 |
| Plaintiff, | SOM  KSC |
| v. | NOTICE OF REMOVAL OF ACTION UNDER CLASS ACTION FAIRNESS ACT OF 2005; DECLARATION OF ZACHARY N. GERSHUNI; EXHIBIT 1; CERTIFICATE OF SERVICE |
| NATURA PET PRODUCTS, INC.; NATURA PET FOOD, INC.; NATURA MANUFACTURING, Incorporated; PETER ATKINS; and DOES 1 through 100 inclusive, | [Class Action] |
| Defendants. | |

**NOTICE OF REMOVAL OF ACTION UNDER CLASS ACTION
FAIRNESS ACT OF 2005**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

ORIGIN

83836

PLEASE TAKE NOTICE that defendants NATURA PET PRODUCTS, INC. and PETER ATKINS hereby file this Notice of Removal under 28 USC §§ 1441, 1446, 1453 and Federal Rules of Civil Procedure, Rule 81(c).

1.      On March 19, 2009 an action was commenced in the Superior Court of the State of California in and for the County of Santa Clara, entitled JUDY KO, individually and on behalf of all other persons similarly situated and on behalf of the general public, Plaintiff, vs. NATURA PET PRODUCTS, INC.; NATURA PET FOOD, INC.; NATURA MANUFACTURING, Incorporated; PETER ATKINS; and DOES 1 through 100 inclusive, Defendants, Case Number 1-09-CV-137807, mistakenly identified in the Complaint as CGC-08-472969. A copy of the Complaint and Summons in the state court action is attached hereto as Exhibit 1.

2.      The first date upon which defendants NATURA PET PRODUCTS, INC. and PETER ATKINS were served with a copy of the said complaint and a summons from said state court was March 25, 2009.

3.      As the attached record demonstrates, the action pending in the state court is a civil action within the original diversity jurisdiction of the federal district courts under 28 USC § 1332(d) because there is diversity of citizenship between a member of the class of plaintiffs and a defendant, and the amount in controversy exceeds $5,000,000.

        a.      CITIZENSHIP. Defendants are informed and believe that one or more members of the class of plaintiffs was and still is a citizen of the State of

2

83128

Texas, as the proposed class is composed of all persons residing in the United States who purchased any Natura brand dog and cat food products for personal, family, or household purpose, and Natura has sales in Texas. Defendant PETER ATKINS is a citizen of the State of California.

b.     AMOUNT IN CONTROVERSY. The amount in controversy in the action exceeds $5,000,000 exclusive of interest and costs in that the proposed Class seeks restitution for all personal, family, and household sales of Natura dog and cat food products nationwide during the four (4) years prior to the filing of the state court action, and Natura's nationwide sales figures during that period are greater than $10,000,000.

c.     NUMBER OF MEMBERS OF ALL PROPOSED PLAINTIFF CLASSES. The class of unnamed plaintiffs exceeds 100 in number within the meaning of 28 USC § 1332(d)(5)(B).

d.     PRIMARY DEFENDANT. The primary defendant is not a State, State official, or other governmental entity within the meaning of 28 USC § 1332(d)(5)(A).

4.     Because the state court action is one within the diversity jurisdiction of the federal district courts under 28 USC § 1332(d), the action is removable to federal court under 28 USC § 1453 regardless of whether any defendant is a citizen of California.

5.     Removal is timely under 28 USC § 1446(b) because this Notice of Removal is filed within 30 days of service of process of the state court complaint stating a class action claim within federal jurisdiction.

6.     Because the state court action is one within the diversity jurisdiction of the federal courts under 28 USC § 1332(d), the action is removable to federal court under 28 USC § 1453 by defendants NATURA PET PRODUCTS, INC. and PETER ATKINS without the consent of other defendants.

83128

83128

7.     Defendants respectfully request that the above-entitled action be removed from the Superior Court of the State of California, County of Santa Clara, to the United States District Court for the District of Hawai'i.

DATED:  Honolulu, Hawai'i, April 24, 2009.

TREVOR A. BROWN
ZACHARY N. GERSHUNI

Attorneys for Defendants NATURA
PET PRODUCTS, INC. and PETER
ATKINS

4

83128