1  Patrick N. Keegan, Esq. (SBN: 167698)
   **KEEGAN & BAKER, LLP**
2  5650 El Camino Real, Suite 120
   Carlsbad, CA 92008
3  Telephone: (760) 929-9303
   Facsimile: (760) 929-9260
4
   Jason E. Baker, Esq. (SBN: 197666)
5  **KEEGAN & BAKER, LLP**
   6255 Lusk Boulevard, Suite 140
6  San Diego, CA 92121
   Telephone: (858) 558-9400
7  Facsimile: (858) 558-9401

8  Attorneys for Representative Plaintiff
   JUDY KO
9

10             **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

11                        **COUNTY OF SANTA CLARA**

12 | JUDY KO, individually and on behalf of all   ) Case No. CGC-08-472969
   | other persons similarly situated and on behalf )
13 | of the general public,                        ) **CLASS ACTION COMPLAINT FOR**
                                                   ) **RESTITUTION AND INJUNCTIVE**
14 |                 Plaintiff,                    ) **RELIEF FOR UNLAWFUL,**
                                                   ) **FRAUDULENT AND UNFAIR BUSINESS**
15 |                 vs.                           ) **ACTS AND PRACTICES IN VIOLATION**
                                                   ) **OF CALIFORNIA BUSINESS &**
16 | NATURA PET PRODUCTS, INC; NATURA              ) **PROFESSIONS CODE §17200, *et seq.***
   | PET FOOD, INC.; NATURA                        )
17 | MANUFACTURING, Incorporated; PETER            )
   | ATKINS; and DOES 1 through 100, inclusive,    )
18 |                                               )
   |                 Defendants.                   )
19

Complaint for Restitution and Injunctive Relief

EXHIBIT 1

# TABLE OF CONTENTS

I.   INTRODUCTION .................................................................... 1

II.  JURISDICTION AND VENUE ................................................. 1

III. PARTIES .................................................................................. 2

VI.  CLASS ALLEGATIONS .......................................................... 4

V.   GENERAL ALLEGATIONS .................................................... 6

FIRST CAUSE OF ACTION
(Unlawful, Fraudulent and Unfair Business Acts and Practices
in Violation of California Business & Professions Code §17200, *et seq.*) ............... 8

PRAYER .......................................................................................... 9

DEMAND FOR JURY TRIAL ...................................................... 10

Representative Plaintiff Judy Ko, by her attorneys, on behalf of herself and all others similarly situated, alleges upon personal knowledge as to herself, and as to all other matters upon information and belief, the following causes of action against defendants and each of them:

# I.
# INTRODUCTION

1. As more fully set forth herein, the Natura brand dog and cat food products, were designed, manufactured, distributed, advertised, marketed, and promoted exclusively by Defendants who sold Natura brand dog and cat food products either (1) on the Internet through its website at http://www.naturapet.com or (2) through its retailers through the use of standardized advertisements, promotional materials and labeling. Defendants' Internet website and labeling contain a large number of misleading and false statements relating primarily to assertions concerning the human grade quality of their food. These statements include such claims as:

   a. "We only use ingredients you'd eat yourself…;"

   b. "All of our human grade dog and cat foods are carefully cooked and tested…;"

   c. "Because we use only the highest quality human-grade pet food ingredients in our dog and cat food…;"

   d. "Use only ingredients which I feel comfortable eating yourself;" and

   e. "Natura's products use only human grade ingredients."

These representations, including the claim that its ingredients were "human grade," were posted on the website specifically during within the last four years. However, Defendants made these claims despite their knowledge that there were no support for these claims.

2. This is a class action suit which seeks restitutionary and injunctive relief for false and misleading advertising and labeling of Natura brand dog and cat food products in the form of a refund of all purchase monies paid for the purchase of Natura brand dog and cat food products the by Plaintiff and the putative class.

# II.
# JURISDICTION AND VENUE

3. This Court has jurisdiction over this action under California Code of Civil Procedure § 410.10. Further, the amount in controversy exceeds the applicable jurisdictional requirement of $25,000.00 exclusive of interest and costs as to the class because plaintiff seeks restitutionary relief

Complaint for Restitution and Injunctive Relief                    1

1  in the form of a refund of all purchase monies paid for the purchase of Natura brand dog and cat food
2  products, on behalf of himself and all members of the proposed class. The value of such relief
3  exceeds the jurisdictional requirement. The amount in controversy as to the plaintiff and each class
4  member individual claims do not exceed $75,000, including interest and any pro rata award of
5  attorneys' fees, costs.

6      4.    Venue is proper in this Court under California Civil Code § 1780(c), Bus. & Prof.
7  Code § 17203, Code of Civil Procedure §§ 395(a) and 395.5 because the Defendants created and
8  disseminated advertisements, promotional materials and labeling that contained misrepresentations
9  and material omissions about Natura brand dog and cat food products in the County of Santa Clara
10 in the State of California which have led to an adverse effect upon the health, emotional well-being,
11 and finances of its residents.

## III.
## PARTIES

5.    Plaintiff Judy Ko (hereinafter "PLAINTIFF") is an adult resident of the of the State of California. Through the Class Period and specifically on August 7, 2008, Plaintiff purchased a Natura brand EVO and Innova cat and dog food products from a NATURA retailer, PetVet Petfood, located at 4814 Broadway, Oakland, California 941611. PLAINTIFF purchased the Natura brand EVO and Innova cat and dog food products in reliance on labeling and advertising claims, including those found on NATURA's website, that its ingredients were "human grade" or of human quality. Had Defendants not misrepresented the quality of ingredients of its Natura dog and cat food products, she would have chosen not to purchase Natura brand EVO and Innova cat and dog food products.

6.    Defendant Natura Pet Products, Inc. (hereinafter "NPP") is a corporation with its principal place of business located at 333 W. Santa Clara Street, Suite 700, San Jose, California 95113. At all times relevant hereto, NPP was in the business of designing, manufacturing, distributing, advertising, marketing, promoting and selling Natura brand dog and cat food products and created and/or approved and/or disseminated advertisements, promotional materials and labeling for Natura brand dog and cat food products in California, which were disseminated from California to reached consumers throughout the Untied States through advertisements placed on the Internet

Complaint for Restitution and Injunctive Relief      2

1  and World Wide Web, that were misleading and had a tendency to deceive the consumers throughout
2  the Untied States as stated herein. NPP does business in the State of California and in this judicial
3  district, and at all times relevant sold, and continues to sell in the State of California, the Natura
4  brand dog and cat food products.

5      7.  Defendant Natura Pet Food, Inc. (hereinafter "NPT") is a corporation with its
6  principal place of business located at 333 W. Santa Clara Street, Suite 700, San Jose, California
7  95113. At all times relevant hereto, NPT was in the business of designing, manufacturing,
8  distributing, advertising, marketing, promoting and selling Natura brand dog and cat food products
9  and created and/or approved and/or disseminated advertisements, promotional materials and labeling
10 for Natura brand dog and cat food products in California, which were disseminated from California
11 to reached consumers throughout the Untied States through advertisements placed on the Internet
12 and World Wide Web, that were misleading and had a tendency to deceive the consumers throughout
13 the Untied States as stated herein. NPT does business in the State of California and in this judicial
14 district, and at all times relevant sold, and continues to sell in the State of California, the Natura
15 brand dog and cat food products.

16     8.  Defendant Natura Manufacturing, Incorporated (hereinafter "NMI") is a corporation
17 with its principal place of business located at 333 W. Santa Clara Street, Suite 700, San Jose,
18 California 95113. At all times relevant hereto, NMI was in the business of designing,
19 manufacturing, distributing, advertising, marketing, promoting and selling Natura brand dog and cat
20 food products and created and/or approved and/or disseminated advertisements, promotional
21 materials and labeling for Natura brand dog and cat food products in California, which were
22 disseminated from California to reached consumers throughout the Untied States through
23 advertisements placed on the Internet and World Wide Web, that were misleading and had a
24 tendency to deceive the consumers throughout the Untied States as stated herein. NPP does business
25 in the State of California and in this judicial district, and at all times relevant sold, and continues to
26 sell in the State of California, the Natura brand dog and cat food products.

27     9.  Defendant Peter Atkins ("ATKINS") is an adult residing at 8673 Julie Lynne Circle,
28 Tracy, California, within this judicial district. Defendant ATKINS is a shareholder of NPP, NPT,

1  and NMI and a member of the Board of Directors of NPP. Defendant ATKINS is the President of
2  NPP. Defendant ATKINS, in his position as the owner, officer, and/or director of NPP, NPT, and
3  NMI, and at all times relevant hereto, was in the business of designing, manufacturing, distributing,
4  advertising, marketing, promoting and selling Natura brand dog and cat food products and created
5  and/or approved and/or disseminated advertisements, promotional materials and labeling for Natura
6  brand dog and cat food products in California, which were disseminated from California to reached
7  consumers throughout the Untied States through advertisements placed on the Internet and World
8  Wide Web, that were misleading and had a tendency to deceive the consumers throughout the Untied
9  States as stated herein.

10.  Plaintiff alleges on information and belief that at all relevant times that DOES 1-50, inclusive, were the agents, employees, manufacturers, distributors, designers, engineers, retailers, sellers, franchisees, representatives, partners, and related or affiliated entities or providers of services to or on behalf of NPP, NPT, NMI, and AKTINS (collectively hereinafter referred to as "NATURA"), and in doing the things hereinafter mentioned, were acting in the course and scope of their agency, employment, or retention with the permission, consent, authority and ratification of NATURA. Plaintiff is presently unaware of the true names and identities of those defendants sued herein as DOES 1-50. Any reference made to such defendant by specific name or otherwise, individually or plural, is also a reference to the actions or inactions of DOES 1-50, inclusive.

11.  Plaintiff alleges on information and belief that at all relevant times that DOES 51-100, inclusive, were the agents, employees, manufacturers, distributors, designers, engineers, retailers, sellers, franchisees, representatives, partners, and related or affiliated entities or providers of services to or on behalf of NATURA who sold the Natura brand dog and cat food products directly to United States consumers. Plaintiff is presently unaware of the true names and identities of those defendants sued herein as DOES 51-100. Any reference made to such defendant by specific name or otherwise, individually or plural, is also a reference to the actions or inactions of DOES 51-100, inclusive.

## VI.
## CLASS ALLEGATIONS

12.  Plaintiff brings this action on her own behalf and on behalf of all other persons similarly situated. The plaintiff class that Plaintiff seeks to represent is composed of:

Complaint for Restitution and Injunctive Relief           4

All persons residing in the United States who purchased any Natura brand dog and cat food products for personal, family, or household purposes (the "Class") from four years from the date of filing of this complaint to the date of trial (the "Class Period"). Excluded from the Class are Defendants, and the individuals who are directors, officers and employees of the entity Defendants. Plaintiff expressly disclaims that he is seeking a class-wide recovery for injuries attributable to the consumption of Natura brand dog and cat food products.

13. The Class is composed of at least thousands of persons, the joinder of whom is impracticable. The disposition of their claims in a class action will benefit both the parties and the Court. Defendants have sold thousands of servings of Natura brand dog and cat food products in California and throughout the United States each year of the Class Period, and thus the Class is sufficiently numerous to make joinder impracticable, if not completely impossible.

14. There is a well-defined community of interest in the questions of law and fact involving and affecting all members of the Class and common questions of law and fact predominate over questions that may affect only individual Class members. Among the questions of law and fact common to the Class are the following:

a. Whether Defendants' marketing materials, advertisements, and labeling statements about Natura brand dog and cat food products were misleading as to the scientific information and claims quoted in them;

b. Whether Defendants' marketing materials, advertisements, and labels misrepresented the quality of Natura brand dog and cat food products;

c. Whether the Defendants knew or had constructive knowledge of Natura brand dog and cat food products did not contain ingredients that were "human grade";

d. Whether the Defendants knew or had constructive knowledge of Natura brand dog and cat food products did not contain ingredients that were human quality; and

e. Whether the defendants' marketing materials, advertisements and labels of Natura brand dog and cat food products were misleading for failing to disclose the quality and source of ingredients.

15. Plaintiff's claims are typical of the claims of the other members of the Class because Plaintiff's claims and the claims of each member of the Class arise from the purchase of Natura brand dog and cat food products during the Class Period when Defendants created and disseminated advertisements, promotional materials and labeling that contained misrepresentations and material omissions about Natura brand dog and cat food products, and Plaintiff has expended sums for the purchase of the said products during the Class Period. As a result, the evidence and the legal theories

Case4:09-cv-02619-SBA   Document1-2   Filed04/24/09   Page8 of 15
Mar. 19. 2009  2:59PM                                                              No. 9796   P. 11

1  regarding Defendants' alleged wrongful conduct are identical for the named Plaintiff and each
2  member of the Class.

3      16.    Plaintiff will fairly and adequately protect the interests of the Class. Moreover,
4  Plaintiff has no interest that is contrary to or in conflict with those of the Class he seeks to represent
5  during the Class Period. In addition, Plaintiff has retained competent counsel experienced in class
6  action litigation to further ensure such protection and intend to prosecute this action vigorously.

7      17.    The prosecution of separate actions by individual members of the Class would create
8  a risk of inconsistent or varying adjudications with respect to individual members of the Class, which
9  would establish incompatible standards of conduct for the defendants in the State of California and
10 would lead to repetitious trials of the numerous common questions of fact and law in the State of
11 California. Plaintiff knows of no difficulty that will be encountered in the management of this
12 litigation that would preclude its maintenance as a class action. As a result, a class action is superior
13 to other available methods for the fair and efficient adjudication of this controversy.

14     18.    Proper and sufficient notice of this action may be provided to the Class members
15 through notice published on the Internet, in print media outlets, and/or through defendants' retailers.

16     19.    Moreover, the Class members' individual damages are insufficient to justify the cost
17 of litigation, so that in the absence of class treatment, Defendants' violations of law inflicting
18 substantial damages in the aggregate would go unremedied without certification of the Class. Absent
19 certification of this action as a class action, Plaintiff and the members of the Class will continue to
20 be damaged, thereby allowing Defendants to retain the proceeds of their ill-gotten gains.

## V.
## GENERAL ALLEGATIONS

23     20.    The Defendants have designed, manufactured, distributed, advertised, marketed,
24 promoted and sold Natura brand dog and cat food products and continue to do so.

25     21.    Natura brand dog and cat food products were marketed and sold in California and
26 throughout the United States by the Defendants as follows: (a) on the Internet through the website
27 *http://www.naturapet.com*, and (b) through the use of standardized advertisements, promotional
28 materials, and labeling. and Natura brand dog and cat food products as containing ingredients that
were "human grade" or of human quality continue to be so marketed and sold.

22.     Natura's Internet website contain a large number of misleading and false statements relating primarily to assertions concerning the human grade quality of their dog and cat food products. These statements included such claims as:

a.  "We only use ingredients you'd eat yourself...;"

b.  "All of our human grade dog and cat foods are carefully cooked and tested...;"

c.  "Because we use only the highest quality human-grade pet food ingredients in our dog and cat food...;"

d.  "Use only ingredients which I feel comfortable eating yourself;" and

e.  "Natura's products use only human grade ingredients."

These representations, including the claim that its ingredients were "human grade," were posted on the website specifically during the Class Period. In addition, NATURA represented maintain that they "[O]nly use ingredients I feel comfortable eating myself."

23.     Using these types of statements on its website, NATURA implies that its ingredients are "fit for human consumption," which it is unlawful for them to do, because the phrase "fit for human consumption" is defined by the USDA and by definition the fact that they are delivered to a facility for use in the manufacture of pet food makes them unfit for that purpose. Consequently, by definition the ingredients used in the manufacture of Natura brand dog and cat food products are not "human-grade" and are unfit for human consumption. However, that fact has not deter NATURA from making the statements that its products are "human grade." The misleading nature of such terminology as it relates to pet food products is apparent on its face and was clearly intended to give the consumer the false impression that Natura brand dog and cat food products were indeed "fit for human consumption"

24.     Furthermore, Natura brand dog and cat food products, although not disclosed on its packaging and labeling, contain ingredients from "rendered" products, e.g. such as chicken meal. Chicken meal is the dry rendered (cooked down) product from a combination of clean flesh and skin with or without accompanying bone derived from parts of whole carcasses of chicken – exclusive of feathers, heads, feet, or entrails. Essentially, its the meat that left over, including some of the bone, some of the cartilage material, that's included in the Chicken Meal. Plaintiff contends that NATURA's failure to disclose that its products contain ingredients from "rendered" products is

1  deceptive on its own, and further demonstrates that the "human grade" and fit for human
2  consumption representations are misleading.

## FIRST CAUSE OF ACTION
### (Unlawful, Fraudulent and Unfair Business Acts and Practices in Violation of California Business & Professions Code §17200, *et seq.*)
### (Against All Defendants)

6   25.   Plaintiff hereby incorporates by reference each of the preceding allegations as though fully set forth herein.

8   26.   The acts, misrepresentations, omissions, practices, and non-disclosures of Defendants as alleged herein constituted unlawful, fraudulent and unfair business acts and practices within the meaning of Section 17200, *et seq.* of the California Business & Professions Code.

11  27.   Defendants have engaged in "unlawful" business acts and practices by their misrepresentations as to Natura brand dog and cat food products' quality, as set forth herein above. Plaintiff reserves the right to allege other violations of law which constitute unlawful acts or practices.

15  28.   Defendants have also engaged in "unfair" business acts or practices in that the harm caused by Defendants' creation and dissemination of false, misleading and/or deceptive a tendency to deceive marketing materials and advertisements used for the sale of Natura brand dog and cat food products as containing ingredients that were "human grade" or of human quality outweighs the utility of such conduct and such conduct offends public policy, is immoral, unscrupulous, unethical, deceitful and offensive, and causes substantial injury to Plaintiff and the Class.

21  29.   Defendants have also engaged in "fraudulent" business acts and practices by their dissemination of advertising and product labeling as set forth herein above. As set forth herein, the marketing materials and advertisements used for the sale of Natura brand dog and cat food products were false, misleading and/or had a tendency to deceive the reasonable consumer to believe that Natura brand dog and cat food products contain ingredients that were "human grade" or of human quality.

27  30.   As a result of the conduct described above, Defendants have been and will be unjustly enriched at the expense of Plaintiff and the Class. Specifically, Defendants have been unjustly

1 enriched by the retention of millions of dollars in revenue earned from the sale of Natura brand dog and cat food products.

31. The aforementioned unlawful, unfair and fraudulent business acts or practices conducted by Defendants have been committed in the past and continue to this day. Defendants have failed to acknowledge the wrongful nature of their actions. Defendants continue to promote Natura brand dog and cat food products as containing ingredients that were "human grade" or of human quality.

32. Pursuant to the Section 17203 of the California Business & Professions Code, Plaintiffs and the Class seek an order of this Court for restitutionary disgorgement of all monies wrongfully acquired by Defendant from Plaintiff and the Class members by means of such aforementioned unlawful, unfair and fraudulent conduct, plus interest and attorneys' fees pursuant to, *inter alia*, section 1021.5 of the California Code of Civil Procedure, so as to restore any and all monies to Plaintiff and the Class and the general public which were acquired and obtained by means of such aforementioned unlawful, unfair and fraudulent conduct. Plaintiff and the Class additionally request that such funds be impounded by the Court or that an asset freeze or constructive trust be imposed upon such revenues and profits to avoid dissipation and/or fraudulent transfers or concealment of such monies by Defendants. Both Plaintiff and the Class may be irreparably harmed and/or denied an effective and complete remedy if such an order is not granted.

33. Pursuant to the Section 17203 of the California Business & Professions Code, Plaintiff and the Class seek an order of this Court for equitable and/or injunctive relief in the form of an order instructing Defendants not to promote Natura brand dog and cat food products as containing ingredients that were "human grade" or of human quality.

## PRAYER

WHEREFORE, Plaintiff requests of this Court the following relief, on behalf of herself and all others similarly situated:

1. That this action be certified as a class action on behalf of the proposed plaintiff class and the Plaintiff be appointed as the representative of the Class;

2. Injunctive relief in the form of awarding Plaintiff and the Class full restitution of all

monies wrongfully acquired by Defendants by means of such unlawful, fraudulent and unfair conduct, plus interest and attorneys' fees pursuant to, *inter alia*, Sections 1021.5 and 1780(d) of the California Code of Civil Procedure;

3. Injunctive relief in the form of an order requiring defendants to desist from promoting Natura brand dog and cat food products as containing ingredients that were "human grade" or of human quality;

4. Prejudgment and post judgment interest as provided by statute;

5. Attorneys' fees, expenses, and costs of this action pursuant to statute; and

6. Such further relief as this Court deems necessary, just, and proper.

Dated: March 19, 2009

KEEGAN & BAKER, LLP

*/s/ Patrick N. Keegan*
Patrick N. Keegan, Esq.
Attorneys for Representative Plaintiff
JUDY KO

## DEMAND FOR JURY TRIAL

Plaintiff and the Class hereby demand a jury trial on all causes of action and claims with respect to which they have a right to jury trial.

Dated: March 19, 2009

KEEGAN & BAKER, LLP

*[signature]*

Patrick N. Keegan, Esq.
Attorneys for Representative Plaintiff
JUDY KO

# HP LaserJet M2727nf MFP

# Fax Confirmation Report

Henderson Caverly Pum & C
18587564732
Mar-19-2009  3:14PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 1586 | 3/19/2009 | 3:10:51PM | Receive | | 3:14 | 16 | OK |

Mar 19 2009 2:57PM                                                     No 9796  P  1

## KEEGAN & BAKER, LLP
A LIMITED LIABILITY PARTNERSHIP
9658 El Camino Real • Suite 126
Carlsbad, California 92008

telephone - (760) 929-9303
facsimile - (760) 929-9260

### FACSIMILE TRANSMISSION SHEET

Date:   March 19, 2009                                       Number of Pages: 16

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Kristen E. Caverly, Esq.<br>HENDERSON & CAVERLY LLP | (858) 756-6342 | (858) 756-4732 |

From:  Stacy Johnson, Assistant to Patrick N. Keegan, Esq.

Re:   JUDY KO v. NATURA PET PRODUCTS, INC., et al.
      Our File # 7020

**Message:**

Confidentiality Note: The documents accompanying this facsimile transmission from may contain information belonging to the law firm of Keegan & Baker LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity identified herein. If you are not the intended designated recipient, you are notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information or documents is strictly and unconditionally prohibited. If you have received this facsimile in error, please notify us immediately by telephone to arrange for return of the documents to us or destruction of same. We will reimburse any reasonable charges incurred by this request.

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
NATURA PET PRODUCTS, INC., a corporation; NATURA PET FOOD, INC., a corporation; NATURA MANUFACTURING, Incorporated; PETER ATKINS; and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JUDY KO, individually and on behalf of all other persons similarly situated and on behalf of the general public

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es)*
Superior Court of California, County of Santa Clara
191 North First Street
San Jose, CA 95113

**CASE NUMBER:**
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Patrick N. Keegan, Esq., SBN 167698          (760) 929-9303
KEEGAN & BAKER, LLP, 5650 El Camino Real, Suite 120, Carlsbad, CA 92008

DATE:                                    Clerk, by _____, Deputy
*(Fecha)*                                *(Secretario)*                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465