ALLEN RUBY, ESQ. SB#47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA  95113
(408)998-8500
(408) 998-8503 (fax)
Email:  ruby#allenrubylaw.com

and

James J. Frost
Patrick E. Brookhouser
McGrath North Mullin & Kratz, PC LLO
3700 First National Tower
1601 Dodge Street
Omaha, NE  68102
(402)341-3070
(402)341-0216 (fax)

Attorneys for Defendants
NATURA PET PRODUCTS, INC.
And PETER ATKINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY KO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NATURA PET PRODUCTS, INC., ET AL.,<br><br>　　　　　　Defendants. | Case No. C 09-02619 JF<br><br>[PROPOSED] ORDER CONTINUING THE INITIAL CASE MANGEMENT CONFERENCE |

THIS MATTER comes before the Court on the Stipulation of the parties for a continuance of the Initial Case Management Conference.  The Court being fully advised in the premises and finding that good cause exists to continue the Initial Case Management Conference, it is hereby ordered that the Initial Case Management Conference is continued to January 15, 2010 at 10:30 a.m.

/////

| | |
|---|---|
| 1 | DATED this __16th__ day of __November__, 2009. |
| 2 | |
| 3 | |
| 4 | _____ |
| 5 | Jeremy Fogel<br>United States District Judge |