1  Patrick N. Keegan, Esq. (SBN: 167698)
   KEEGAN & BAKER, LLP
2  5650 El Camino Real, Suite 120
   Carlsbad, CA 92008
3  Telephone: (760) 929-9303
   Facsimile:  (760) 929-9260
4
   Jason E. Baker, Esq. (SBN: 197666)
5  KEEGAN & BAKER, LLP
   6255 Lusk Boulevard, Suite 140
6  San Diego, CA 92121
   Telephone: (858) 558-9400
7  Facsimile:  (858) 558-9401

8  Attorneys for Representative Plaintiff
   JUDY KO
9
   Allen Ruby, Esq.
10 LAW OFFICES OF ALLEN RUBY
   125 South Market Street, Suite 1001
11 San Jose, CA  95113
   Telephone: (408) 998-8500
12 Facsimile:  (408) 998-8503

13 James J. Frost
   McGRATH NORTH MULLIN & KRATZ, PC
14 3700 First National Tower, 1601 Dodge Street
   Omaha, NE  68102
15 Telephone: (402)341-3070
   Facsimile:  (402)341-0216
16

17 Attorneys for Defendants
   NATURA PET PRODUCTS, INC.
18 And PETER ATKINS

**E-Filed 7/6/2010**

19                    **UNITED STATES DISTRICT COURT**

20                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 21  JUDY KO, individually and on behalf of all other persons similarly situated and on behalf of the general public, | ) Case No. C 09-02619 JF )  ) Assigned to the Hon. Jeremy Fogel |
| 22 | |
| 23              Plaintiff, | ) **ORDER APPROVING** ) **JOINT STIPULATION TO VACATE THE** |
| 24      vs. | ) **HEARING ON PLAINTIFFS' MOTION** ) **FOR CLASS CERTIFICATION** |
| 25  NATURA PET PRODUCTS, INC; NATURA PET FOOD, INC.; NATURA MANUFACTURING, Incorporated; PETER ATKINS; and DOES 1 through 100, inclusive, | ) |
| 26 | ) |
| 27 | ) |
|              Defendants. | ) |
| 28  _____ | ) |

---

Plaintiff JUDY KO, individually and on behalf of the putative class ("Plaintiffs"), by and through her attorneys of record, Keegan & Baker, LLP and Defendants NATURA PET PRODUCTS, INC.; NATURA PET FOOD, INC.; NATURA MANUFACTURING, Incorporated and PETER ATKINS ("Defendants"), by and through their counsel of record, McGrath North Mullin & Kratz, PC LLO, hereby jointly request that the hearing on Plaintiffs' Motion for Class Certification be vacated without prejudice. In support of the stipulation, the parties state as follows:

1. This is a class action involving false advertising claims brought under the California Business and Professions Code § 17200 for which Plaintiff seeks to certify a nation-wide class of purchasers of Defendants' dog and cat food products.

2. On April 9, 2010, the parties participated in a mediation with the Hon. Jack Komar (Ret.) and have executed a memorandum of understanding including the material terms of a proposed class action settlement of the above-referenced matter, including a stipulated settlement class.

3. The parties are in the process of finalizing a more fully comprehensive settlement agreement, which will include a proposed notice plan.

4. As a result, the parties agree to vacate without prejudice the briefing schedule and hearing on Plaintiffs' Motion for Class Certification currently scheduled for September 15, 2010.

5. The parties presently anticipate filing with the Court a motion for preliminary approval of their proposed class action settlement within the next ninety (90) days or no later than September 27, 2010.

WHEREFORE, the parties jointly request than an Order be entered vacating the hearing on Plaintiffs' Motion for Class Certification currently scheduled for September 15, 2010.

/ / /

/ / /

/ / /

/ / /

Pursuant to ECF 2(f)(4), Plaintiff's counsel certifies the content of the document is acceptable to all persons required to sign the document.

Dated: July 1, 2010                              KEEGAN & BAKER, LLP


                                                 s/ Patrick N. Keegan
                                                 Patrick N. Keegan, Esq.
                                                 Attorney for Representative Plaintiff
                                                 JUDY KO


Dated: July 1, 2010                              McGRATH NORTH MULLIN & KRATZ, PC


                                                 s/ James J. Frost
                                                 James J. Frost, Esq.
                                                 Attorney for Defendants
                                                 NATURA PET PRODUCTS, INC.
                                                 and PETER ATKINS


IT IS SO ORDERED.

Dated:  7/6/2010                                 _____
                                                 JEREMY FOGEL
                                                 United Stated District Judge