# UNITED STATES DISTRICT COURT

JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, February 24, 2011 Time: 2 mins
**Case Number:** CV-09-2619-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:** **JUDY KO V. NATURA PET PRODUCTS, ET AL**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **Attorneys Present: Patrick Keegan, Jeffrey Maltzman** | **Attorneys Present: James Frost** |

---

PROCEEDINGS:

Further case management conference held. Parties are present. The Court sets the case for Motion for Preliminary Approval on 5/6/11 at 9:00 a.m.