UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUDY KO, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>NATURA PET PRODUCTS, INC.; PETER ATKINS; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. C 09-02619 JF<br><br>**ORDER REMOVING JEFFREY MALTZMAN AS COUNSEL FOR PLAINTIFF** |

Pursuant to the parties' stipulation, and with good cause appearing, it is hereby ordered that: Jeffrey Maltzman is withdrawn as counsel for plaintiff.

PURSUANT TO STIPULATION, IT IS SO ORDERED, this  24th  day of  June , 2011.

_____
JEREMY FOGEL
United States District Judge

---

1

Case No. C 09-02619 JF
[PROPOSED] ORDER REMOVING JEFFREY MALTZMAN AS COUNSEL FOR PLAINTIFF