August 6, 2011

To Whom It May Concern:

I received a card in the mail from the Natura Settlement. I grew concerned at first because I thought that there may have been a dangerous ingredient or harm/injury to an animal or human.

I am the owner of two dogs and pay very close attention to animal nutrition and their health. I switched to California Natural Chicken + Rice in 2006 because I realized how important quality is - I learned many things about the company's standards and I have been a loyal customer since.

My dogs did and have done really well with this brand. Their infections and allergies cleared up.

After reading the lawsuit, I realized that this seems frivolous. Which animal was harmed? I do not see that there was harm or damage to any animal.

I have spent over $100's of dollars on Natura foods and strongly object to this lawsuit. I feel that all of the money spent on this food was money well-spent.

Even though humans may not eat fish meal, they might. This is a matter of semantics and lawyers seeking monies for no damages.

In objection to this lawsuit,          - Response requested

RECEIVED
AUG-11 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

cc: Natura Objection      Rachel McDaniel (Eve Walker)      Rachel McDaniel (Eve Walker)
Cogan + Baker      12404 Bedrock Trail      Eve Walker (Eve Walker)
James Frost      Austin, TX  78727
US District Court                          512-983-0092

Natura Settlement Administrator
c/o Analytics, Inc.
P.O. Box 2005
Chanhassen, MN 55317-2005

Presorted
First-Class Mail
U.S. Postage
PAID
Twin Cities, MN
Permit No. 3648

## Legal Notice about Natura brand dog and cat food.

Postal Service: Please Do Not Mark Barcode

To file your claim online:
Password: ynM4JQkb
Claim Number: 1343127

NPF0020985558

EVE WALKER
12404 BEDROCK TRL
AUSTIN TX 78727-5810

## 1-888-768-2047
## www.PetProductsSettlement.com

AUTO



Bedrock To,
X 78727

RECEIVED

AUG 11 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

US District Court for
the Northern District of California
(Ko v. Natura Pet Products, Inc.
No. 5;09 cv 2619) **JF**
280 S. 1st St.
San Jose, CA 95113