I object to the settlement in Ko v. Natura Pet Products Case No. 5:09cv2619 SBA

Natura told us that they advertised the food in their products was "Human quality". They said that they now know that once what had been "human quality" food enters their processing doors, it can no longer be called "human quality" because it is then meant for pet food. They stated to me all the food they use had been human quality and really remained as such except they could not call it such in their advertising. We feel it is being very nit-picking & severe unfair to them. When we called the 800# in the lawsuit letter 1st sent to us (# for info), the person answering said "None of the ingredients are 'human grade'" and that scared us so we called for Innova's side of the story and were told what we stated above. We had been led to believe the ingredients were therefore inferior at the lawsuit # & that was unfair to Natura/Innova →

Larry Stites
2203 Tesla Dr.
Colo. Spgs., CO 80909
ph 1-719-574-4004

*/s/ Larry Stites*

