Alfredo H. Walsh
5561 Cathers Creek Drive
Hiram, GA 30141
(770) 485-6412



FILED
JAN - 3 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

December 28, 2011

RE:   Objection in *Ko v. Natura Pet Products, Inc.*, Case No. 5:09cv2619, United States District Court for the Northern District of California

    I am a class member. My current address and telephone number is as listed above. I purchased a Natura Product for personal, family, or household purposes during the time period from March 20, 2005 to July 8, 2011. I filed a claim on December 28, 2011 online at https://natura.action-settlement.com/

I object for the following reasons.

    This is a $2,150,000 common fund settlement. From the common fund, class counsel seeks to be paid 35%, or $752,500, leaving $1,397,500, after expenses of $60,000, an incentive award of $20,000 and administrative expenses of up to $400,000 are deducted per the class notice. This leaves a mere $917,500 for distribution to class members. This is less than 50% of the common fund to be distributed to the class. This is an unfair, unreasonable and inappropriate settlement because after all the deductions it leaves an insufficient fund for the class.

    The class notice is likewise insufficient because it provides inadequate information concerning how much a class member will actually receive. Explaining that there is a cap of $200 tells nothing about how much a class member might receive. This might mean a class member could receive $100 or $0.10. It cannot be determined from the notice and a notice should at a minimum disclose sufficient information concerning whether a class member should file a claim or opt out, which this notice does not do. Insufficient information is provided concerning how the fund will be distributed and the settlement does not appear to make compensation move in lock step to the amount of the class member's actual monetary injury. The only thing that is certain is that

the lawyers will get their fees and that I have no idea what I will actually get out of this settlement.

Attorneys' fees and incentive awards are excessive as is the cap on administrative expenses to administer the settlement. I object to attorneys' fees as being unreasonable on a percentage and lodestar basis.

I ask that the settlement be disapproved in all respects and if approved, that the proposed attorneys' fees, expenses and incentive awards be denied.

Very Truly Yours,

*/s/ Alfredo H. Walsh*

Alfredo H. Walsh

cc:

Natura Objections c/o Analytics, Inc.
PO Box 2005, Chanhassen, MN 55317-2005

Patrick N. Keegan, Keegan & Baker, LLP, 6870 Embarcadero Lane, Carlsbad, CA 92011

James J. Frost, McGrath North Mullin & Kratz, PC LLO First National Tower 1601 Dodge St., Suite 3700, Omaha, NE 68102

United States District Court for the Northern District of California 280 S. 1st Street, San Jose, CA 95113

# DO NOT MAIL.
# THIS IS FOR YOUR RECORDS ONLY.

*NPF002343E6AF*



1565808



## PROOF OF CLAIM FORM

**THIS DOCUMENT MUST BE ELECTRONICALLY SUBMITTED OR POSTMARKED BY NO LATER THAN JANUARY 8, 2012 IN ORDER FOR YOU TO RECEIVE MONEY FROM THE CLASS ACTION SETTLEMENT.**

### INSTRUCTIONS

1. You must read, complete, sign and submit electronically at *www.petproductssettlement.com* or mail this Proof of Claim form to Natura Settlement Administrator, c/o Analytics, Inc., P.O. Box 2005, Chanhassen, MN 55317-2005, by **January 8, 2012** to be eligible for payment or product. If you have any questions, please call toll-free, 888-768-2047; send an email to petproductssettlement@analytics-inc.com; or visit the Internet web site at *www.petproductssettlement.com*; or write to: Analytics, Inc., P.O. Box 2005, Chanhassen, MN 55317-2005.

2. If you move, you must send the settlement administrator your new address. It is your responsibility to keep a current address on file with the settlement administrator.

3. If your Proof of Claim is approved, you should not expect to receive any payment or product until approximately May 1, 2012. Payment could be delayed until a later date.

*To speed processing, please fill out the form in blue or black ink, using block letters, with one letter in each square, as shown:*

| A | B | C | D | | 1 | 2 | 3 | 4 |

### STEP 1: YOUR BASIC INFORMATION

**First Name:** Alfredo
**Last Name:** Walsh
**Street Address:** 5561 Cathers Creek Dr.
**City:** Hiram
**State:** GA
**Zip Code:** 30141

*(CONTINUED ON BACK)*

## STEP 2: PURCHASE INFORMATION

Name of Innova, EVO, California Natural, HealthWise, Mother Nature, or Karma dog and cat food Product Purchased (*Only One Product Required*):

| K | a | r | m | a | | | | | | | | | | | | | | | | | | |

Date of Purchase (*Only One Date Required*): MM `0 7` DD `1 5` YYYY `2 0 1 0`

Retailer Where Product Was Purchased (*Required*):

Retailer's Name

| P | e | t | | S | u | p | e | r | m | a | r | k | e | t | | | | | | | | |

City: `M a r i e t t a`

State: `G A`

## STEP 3: PROOF OF PURCHASE

If you do **not** have documentation of your purchase, then **NO PROOF OF PURCHASE REQUIRED** and please check the box below.

[✓] I declare under penalty of perjury that I have purchased a Natura Product between March 20, 2005 thru July 8, 2011.

If you have the receipt issued by the vendor; a cancelled check for the purchase of the Natura Product; a credit card statement showing the purchase of the Natura Product; or copies of the label from the Natura Product in question, please include with your claim.

## STEP 4: SIGNATURE

[✓] Signed Electronically

Date Signed: MM `1 2` DD `2 8` YYYY `2 0 1 1`

Alfredo H. Walsh
5561 Cathers Creek Drive
Hiram, GA 30141

RECEIVED

JAN 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

C 09-2619 SBA
Oakland

United States District Court
For the Northern District of California
280 S. 1st Street
San Jose, CA 95113



Case4:09-cv-02619-SBA   Document84   Filed01/09/12   Page6 of 6