UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUDY KO, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>NATURA PET PRODUCTS, INC., et al.,<br><br>Defendants. | Case No: C 09-02619 SBA<br><br>**ORDER CONTINUING FAIRNESS HEARING** |

Due to the unavailability of the Court, IT IS ORDERED that the Fairness Hearing currently scheduled for February 14, 2012 at 1:00 p.m. is CONTINUED to **February 21, 2012 at 1:00 p.m.** Plaintiff's motion for final approval of class action settlement and motion for approval of an award of attorneys' fees and costs; and an incentive award to the Class Representative will be heard on February 21, 2012 at 1:00 p.m.

IT IS SO ORDERED.

Dated: 2/8/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge