ALLEN RUBY, ESQ. SB# 47109
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
allen.ruby@skadden.com

JAMES J. FROST (Admitted *Pro Hac Vice*)
PATRICK E. BROOKHOUSER, JR. (Admitted *Pro Hac Vice*)
McGrath, North, Mullin & Kratz, PC LLO
3700 First National Tower
1601 Dodge Street
Omaha, NE 68102
Telephone: (402) 341-3070
Facsimile: (402) 341-0216
jfrost@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com

Attorney for Defendants
NATURA PET PRODUCTS, INC.; and
PETER ATKINS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUDY KO, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>NATURA PET PRODUCTS, INC., et al<br><br>Defendants. | Case No. CV-09-02619 SAB<br><br>**STIPULATION AND ORDER CONTINUING FAIRNESS HEARING** |

1     **WHEREAS**, the Court preliminarily approved the proposed class action settlement
2 between Defendants Natura Pet Products, Inc. and Peter Atkins (hereinafter referred to as
3 "Defendants"), and the class defined as "all persons residing in the United States who purchased
4 any Natura Product for personal, family, or household purposes (the "Class") during the time
5 period from March 20, 2005 to July 8, 2011 (the "Class Period")" on July 19, 2011;

6     **WHEREAS**, by its Order of July 19, 2011 and Civil Minutes July 8, 2011, Plaintiff Judy
7 Ko's (hereinafter referred to as "Plaintiff") motion for *final* approval of the proposed settlement
8 and her separate motion for approval of the award of attorneys' fees and costs to Class Counsel,
9 and an incentive award to the Plaintiff was originally scheduled for February 17, 2012;

10     **WHEREAS**, by the Clerk's Notice of September 29, 2011, the Court rescheduled
11 Plaintiff's motions for February 14, 2012;

12     **WHEREAS,** by its Order of February 8, 2012, the Court continued the hearing to
13 February 21, 2012 at 1:00 p.m.;

14     **WHEREAS,** counsel for the Defendants are unavailable to attend a hearing on February
15 21, 2012; and

16     **WHEREAS,** the parties respectfully request and submit that it is therefore in the interest
17 of judicial economy and efficiency for the Court to reschedule the February 21, 2012 Fairness
18 Hearing to March 6, 2012 at 1:00 p.m., a date and time convenient on the Court's calendar.

19     **IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between
20 the undersigned counsel for the Parties that:

21     The Fairness Hearing scheduled for February 21, 2012 be vacated and rescheduled to
22 March 6, 2012 at 1:00 p.m.

Dated: February 10, 2012          KEEGAN & BAKER, LLP

                                       By: */s /Patrick N. Keegan*_____
                                                 Patrick N. Keegan

                                        Attorneys for Representative
                                        Plaintiffs JUDY KO and the Class

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 10, 2012 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | | MC GRATH, NORTH, MULLIN & KRATZ, PC LLO |

By: */s/ Allen Ruby*
      Allen Ruby

Attorney for Defendants
NATURA PET PRODUCTS, INC.; and
PETER ATKINS

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The Fairness Hearing scheduled for February 21, 2012 be vacated and rescheduled to March 6, 2012 at 1:00 p.m.

Dated: 2/13/12

_____
Hon. Sandra Brown Armstrong
United States District Court Judge