UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUDY KO, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>NATURA PET PRODUCTS, INC.; NATURA PET FOOD, INC.; NATURA MANUFACTURING, Incorporated; PETER ATKINS; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.  C 09-02619- SBA<br><br>**[PROPOSED] JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 58]**<br><br>**Docket No. 108.** |

**JUDGMENT AND ORDER**

The Court has entered an Order (Doc. No. 100, hereinafter the "Final Approval Order") granting final approval of the class action settlement described in the Joint Stipulation of Class Action Settlement ("Settlement" or "Settlement Agreement") between Plaintiff JUDY KO and Defendants NATURA PET PRODUCTS, INC.; NATURA PET FOOD, INC.; NATURA MANUFACTURING, Incorporated; and PETER ATKINS (collectively the "Parties") and

1

awarding Class Representative Enhancement Payments and fees and costs. Terms used herein shall have the same meaning that they are given in the Settlement Agreement in this action.

**GOOD CAUSE APPEARING, IT IS ORDERED AND ADJUDGED THAT:**

1. The Court enters judgment in accordance with its Final Approval Order and orders that the Lawsuit be dismissed on the merits with prejudice on a class-wide basis in accordance with the terms of the Settlement Agreement. This document shall constitute a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

2. All Class Members, except those who timely opted out of the settlement or who were deemed opted out of the settlement pursuant to the Settlement Agreement and whose Request for Exclusion Statements were filed with the Court as part of Filing No. 88-7, are bound by the instant Judgment and Order of Dismissal with Prejudice and by the terms of the Settlement Agreement, including the Release of Claims described in the Settlement Agreement. Those Class Members received notice that complies with Federal Rule of Civil Procedure 23.

3. Without affecting the finality of the Settlement or the Judgment in any way, the Court shall retain exclusive and continuing jurisdiction over this Lawsuit and the Parties, including all Class Members, for the purposes of monitoring compliance with and performance of the Settlement.

**IT IS SO ORDERED.**

Dated: 8/27/2013

SAUNDRA BROWN ARMSTRONG
United States District Judge